FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 18 2014

JAMES W. McCORMACK, CLERK
By: _Kathy Swina_ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.   CASE NO 4:14CR137-01 DPM

Charles Edward Horton, Sr.

## CLERK MINUTE

DATE: 7/18/2014
HEARING TYPE: Detention Hearing
BEFORE U. S. MAGISTRATE JUDGE J. THOMAS RAY
LITTLE ROCK, ARKANSAS
COURTROOM #1C

ASSISTANT U. S. ATTORNEY: Angela Jegley
DEFENSE COUNSEL: Molly Sullivan
U. S. PROBATION OFFICER: Sarah Darman

COURT BEGAN: 10:00 A.M.

G-1 into and accepted into evidence. Direct-exam of Gov't Wit I; Cross-exam of Gov'ts Wit I; Gov't rest; Direct-exam of Defendant's Wit I; Cross-exam of Defendant's Wit I; Defendant will be detained and remanded to custody of U.S. Marshal

COURT ADJOURNED: 10:50 A.M.

ECRO/CRD: Kathy Swanson

G-1 returned to Assistant U.S. Attorney Angela Jegley